UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEFLER,

        Plaintiff,

Case No. 1:10-CV-800

v.

Hon. Gordon J. Quist

UNKNOWN PARTY #1, et al.,

        Defendants.

_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on June 30, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 29, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Correctional Medical Services Inc.'s Motion to Dismiss (docket no. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Dr. Haresh Pandya's Motion for Summary Judgment (docket no. 23) is **GRANTED**, as Plaintiff has failed to exhaust his claims against Defendant Pandya.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Gregurek and Holmes are **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service.

This case is **concluded**.

Dated: July 25, 2011

                                          /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                    UNITED STATES DISTRICT JUDGE